[No. 29792-6-III.   Division Three.   March 26, 2013.]

*In the Matter of* ORVILLE MOE.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-2-01054-1, Annette S. Plese, J., entered March 17, 2011. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Brown, J.

[No. 30554-6-III.   Division Three.   March 26, 2013.]

MARLIN LEASING CORPORATION, *Respondent*, v. ASSOCIATED CREDIT SERVICE, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-2-03929-8, Maryann C. Moreno, J., entered December 9, 2011. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Siddoway, J.

[No. 30687-9-III.   Division Three.   March 26, 2013.]

*In the Matter of the Parenting and Support of* A.K.

LISA JAMESON, *Respondent*, v. DERRICK KERN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-3-01933-1, Salvatore F. Cozza, J., entered January 20, 2012. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Brown, J.

[Nos. 30039-1-III; 30040-4-III;   Division Three.   March 28, 2013.]
       30041-2-III.

*In the Matter of the Welfare of* J.B.

THE STATE OF WASHINGTON, *Respondent*, v. J.S., *Appellant*.

Appeals from a judgment of the Superior Court for Spokane County, No. 10-7-02178-0, Linda G. Tompkins, J., entered May 26, 2011. *Affirmed in part* and *remanded* by unpublished opinion per Korsmo, C.J., concurred in by Kulik and Siddoway, JJ.